UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
TWENTIETH CENTURY FOX FILM                                      :
CORPORATION, a Delaware Corporation; and                        :
WARNER BROS. ENTERTAINMENT,                                     :
a Delaware Corporation,                                         :       **ORDER ADOPTING**
                                                                :       **REPORT AND RECOMMENDATION**
                                    Plaintiffs,                 :       05-CV-4709 (DLI)(RER)
                                                                :
                    -against-                                   :
                                                                :
DENNIS ROBINSON,                                                :
                                                                :
                                    Defendant.                  :
---------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      No objections have been filed to the Report and Recommendation of the Honorable Ramon E. Reyes, U.S.M.J. dated November 22, 2006. Accordingly, the Report and Recommendation is hereby adopted in full. It is also hereby

      ORDERED that plaintiffs be awarded $6,000 in enhanced statutory damages, $2,000 in attorneys' fees, and $837.16 in costs for a total award of $8,837.16. It is further hereby

      ORDERED that plaintiffs' request for a permanent injunction enjoining defendant from infringing any of plaintiffs' copyrights, now existing or later granted, is granted. It is further hereby

      ORDERED that this matter be closed, judgment entered, and a copy of this Order be served on all parties by the Clerk of this Court.

DATED:    Brooklyn, New York
             January 9, 2007

                                                  _____/s/_____
                                                      DORA L. IRIZARRY
                                                     United States District Judge